No. 116.  HAWAIIAN TRAMWAYS COMPANY (LIMITED), PLAINTIFF IN ERROR, *v.* HONOLULU RAPID TRANSIT AND LAND COMPANY (LIMITED).  In error to the Supreme Court of the Territory of Hawaii.  December 14, 1903.  Dismissed with costs, on motion of *Mr. J. J. Darlington* for the plaintiff in error. *Mr. J. J. Darlington* and *Mr. R. D. Silliman* for plaintiff in

error. *Mr. A. B. Browne, Mr. Alexander Britton, Mr. T. M. Patterson* and *Mr. E. F. Richardson* for defendant in error.